# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BATTALION RESOURCES, LLC<br>EIN:  27-4944324,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18917 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY (USA) OPERATING CORPORATION<br>EIN:  20-2561097,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18920 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY (POWDER RIVER), LLC<br>EIN:  20-2561157,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18922 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY ACQUISITIONS, LLC<br>EIN:  45-3126793,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18925 TBM<br>) Chapter 11<br>)<br>) **Jointly Administered as**<br>) **Case No.**<br>)<br>) |

**COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER(S) AND NOTICE OF IMPENDING HEARINGS THEREON**

The Debtors in the above-captioned Chapter 11 cases filed on September 8, 2016, request the Court to enter the Orders listed below on an expedited basis, pursuant to L.B.R. 2081-1. **THE DEBTORS HAVE FILED A MOTION SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDER(S):**

1. \_\_\_\_ Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. _____ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. __X__ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. _____ Interim Approval of Post Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. _____ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. _____ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. _____ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. _____ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. _____ Order Authorizing Bonus or Retention Plans

10. _____ Order Authorizing Retention of Cash Management Systems

11. _____ Order Establishing Investment Guidelines

12. _____ Other Orders

Dated this 12th day of September, 2016.

**LINDQUIST & VENNUM LLP**

By: ___/s/ Theodore J. Hartl___
    Theodore J. Hartl, #32409
    Harrie F. Lewis, #10972
    Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: thartl@lindquist.com

*Proposed Counsel for Battalion Resources, LLC, Storm Cat Energy (USA) Operating Corp., Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>BATTALION RESOURCES, LLC<br>EIN:  27-4944324,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18917 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY (USA) OPERATING CORPORATION<br>EIN:  20-2561097,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18920 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY (POWDER RIVER), LLC<br>EIN:  20-2561157,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18922 TBM<br>) Chapter 11<br>)<br>)<br>)<br>) |
| In re:<br><br>STORM CAT ENERGY ACQUISITIONS, LLC<br>EIN:  45-3126793,<br><br>    Debtor. | )<br>)<br>) Case No. 16-18925 TBM<br>) Chapter 11<br>)<br>) **Jointly Administered as**<br>) **Case No.**<br>)<br>) |

**MOTION SEEKING EXPEDITED ENTRY OF INTERIM AND FINAL ORDER
AUTHORIZING USE OF CASH COLLATERAL**

The Debtors, through their proposed counsel, Lindquist & Vennum LLP,  in the above-captioned Chapter 11 cases request, pursuant to L.B.R. 2081-1, the Court to enter expedited orders approving initial motions as more fully set forth below (this "Motion"). In support of this Motion, the Debtors respectfully state to the Court as follows:

2

1. The Debtors filed their voluntary petitions under Chapter 11 of title 11 of the United States Code on September 8, 2016.

2. L.B.R. 2081-1 provides that during the first twenty-one (21) days following the entry of the Order for Relief, the debtor may obtain expedited consideration for entry of orders by filing a motion and notice of the expedited orders sought by the debtor.

3. The Debtors seek the entry of an expedited order on a Motion For Entry of Agreed Interim and Final Orders Authorizing Use Of Cash Collateral (the "Cash Collateral Motion"). Contemporaneously with the filing of this Motion, the Debtors are separately filing the Cash Collateral Motion setting forth in detail the factual recitations in support of their request to use cash collateral.

4. Attached hereto as **Exhibit A** is the affidavit of Christopher Naro, the chief financial officer of Battalion Resources, LLC, in support of this Motion. Mr. Naro's affidavit includes a section supporting a request for joint administration of the Debtors' four affiliated cases. Mr. Naro's affidavit includes facts supporting the Debtors' separate requests for joint administration in each of the affiliated cases. Mr. Naro's affidavit does support Debtors' separate requests for joint administration, but the Court may address those in the normal course rather than on an expedited basis.

5. This Motion is accompanied by a cover sheet in substantial conformity with L.B. Form 2081-1, a notice in substantial conformity with L.B Form 2081-1.2, and a response form in substantial conformity with L.B. Form 2081-1.3.

WHEREFORE, the Debtors request the entry of orders on an expedited basis for the reasons stated herein.

Dated this 12th day of September, 2016.

                **LINDQUIST & VENNUM LLP**

                By:   /s/ Theodore J. Hartl
                     Theodore J. Hartl, #32409
                     Harrie F. Lewis, #10972
                600 17th Street, Suite 1800 South
                Denver, CO, 80202-5441
                Telephone:  (303) 573-5900
                Facsimile:  (303) 573-1956
                Email:  thartl@lindquist.com
                Email:  hlewis@lindquist.com

                *Proposed counsel for Debtors*

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BATTALION RESOURCES, LLC<br>EIN: 27-4944324,<br><br>    Debtor. | Case No.<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY (USA) OPERATING CORPORATION<br>EIN: 20-2561097,<br><br>    Debtor. | Case No.<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY (POWDER RIVER), LLC<br>EIN: 20-2561157,<br><br>    Debtor. | Case No.<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY ACQUISITIONS, LLC<br>EIN: 45-3126793,<br><br>    Debtor. | Case No.<br>Chapter 11<br><br>**Jointly Administered as Case No.** |

**AFFIDAVIT OF CHRISTOPHER M. NARO IN SUPPORT OF MOTION SEEKING EXPEDITED ENTRY OF ORDER(S) AND NOTICE OF IMPENDING HEARINGS THEREON**

I, Christopher M. Naro, under penalty of perjury, state as follows:

1. I am the Chief Financial Officer ("CFO") of Battalion Resources, LLC a Delaware limited liability company, and debtor and debtor-in-possession in the above-captioned Chapter 11 cases ("Battalion" or "Debtor"). I am also the CFO and authorized agent of

Battalion's affiliated Chapter 11 debtors, Storm Cat Energy (USA) Operating Corporation, Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC (together with Battalion, the "Debtors").

2. I make this affidavit based on personal knowledge in my capacity as the CFO of the Debtors in connection with the Debtors' voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, filed on September 8, 2016 (the "Petition Date").

3. As the CFO of Battalion, I am familiar with all the above-captioned Debtors' Chapter 11 bankruptcy cases, as well as the general business and financial affairs of the Debtors. The statements set forth below are true to the best of my personal knowledge and if called to testify to those statements, I would do so competently.

4. This declaration is submitted in support of the factual allegations contained in the following motions, filed contemporaneously with this Affidavit:

- Motion For Joint Administration
- Motion For Entry of Agreed Interim and Final Orders Authorizing Use Of Cash Collateral

**Motion For Joint Administration**

5. Battalion is a Delaware limited liability company that maintains its corporate headquarters in Denver, Colorado. The remaining Debtors are "affiliates" of Battalion as that term is defined in Section 101(2) of the Bankruptcy Code.

6. All of the Debtors share common ownership and corporate management. In addition, the Debtors are financially and administratively interdependent at an operational level.

7. Accordingly, the Debtors believe these cases not only may, but should, be jointly administered. Entry of an order directing joint administration of these cases will eliminate the

need for duplicative notices, applications, and orders, and thereby save considerable time and expense for the Debtors and their estates.

8. Joint administration of these bankruptcy cases will not result in any prejudice to the Debtors' creditors or other parties in interest. In fact, joint administration serves the best interests of these bankruptcy estates since the issues pertinent to the administration of each of the above-listed Debtors' cases involve common ownership, creditors, and management interests. As such, the vast majority of motions, hearings, and orders in these cases will affect all Debtors. Consequently, joint administration will facilitate the administration process, and will ease the burden and expense of administering these estates

9. The Debtors and Powder River Holdings, LLC (the "Stalking Horse Bidder"), have entered into an Asset Purchase Agreement (including all exhibits and schedules related thereto, the "APA"), whereby the Stalking Horse Bidder proposes to purchase substantially all of the Debtors' assets for nominal cash consideration and the assumption of specified liabilities and obligations of the Debtors, including environmental obligations estimated to be as much as $35 million (the "Sale").

## Motion For Entry of Agreed Interim and Final Orders Authorizing Use Of Cash Collateral

10. The Debtors (and other non-debtor affiliated) are parties to that certain Third Amended and Restated Credit Agreement Dates as of December 8, 2011, with the JP Morgan Chase Bank, N,A. ("Lender") and their affiliates (the "Loan"). As of August 31, 2016, the Loan outstanding amounts due under the Loan total $34,060,662.00, plus additional interest and fees. Pursuant to a Seventeenth Amendment to the Loan dated July 31, 2016, the Loan matures on September 30, 2016.

11. The Loan is secured in part by a Third Amended and Restated Security Agreement, dated December 8, 2011 (the "Security Agreement"). Pursuant to the Security Agreement, the Debtors granted Lender and its predecessors in interest a first priority security interest in all of its current and after-acquired assets, including its equipment, accounts, chattel paper, general intangibles, documents, instruments, inventory, and all other collateral and cash collateral (the "Collateral").

12. Pursuant to UCC Financing Statements and assignments to Lender recorded on December 9, 2011, in Delaware and Colorado, Lender has a perfected lien interest in the Collateral (the "UCC Financing Statements"). In addition to the UCC Financing Statements, Lender perfected its liens on the Collateral through mortgages and assignments recorded in: Sheridan County, Wyoming; Campbell County, Wyoming; Johnson County, Wyoming; Sweetwater County, Wyoming; Weston County, Wyoming; Crook County, Wyoming; Big Horn County, Montana; Powder River County, Montana; and Rosebud County, Montana.

13. All of the Debtors' money and the revenues, receivables, proceeds, products, and profits of the Collateral may constitute cash collateral within the meaning of Bankruptcy Code § 363(a) (the "Cash Collateral"). BP Energy Company ("BP") may claim an interest in the Debtors' Cash Collateral pursuant to that certain ISDA Master Agreement and Schedule Thereto dated as of June 11, 2012, and a related Security Agreement among BP and the Debtors dated June 11, 2012 (the "BP Security Interest"). The BP Security Interest, if any, is subordinate and junior to Lender's interest in Cash Collateral under an Intercreditor Agreement dated June 11, 2012.

14. The Debtors acknowledge that their continued use of the Lender's prepetition Cash Collateral may result in a material reduction in the prepetition Cash Collateral's value.

DOCS-#5511052-V1

15.     Accordingly, the Debtors are seeking the Court's approval of the stipulated and agreed order to use the Cash Collateral to continue operating their business with the least interruption and cost during their reorganization and to preserve and enhance the value of their assets and property pending the Sale.

16.     The Debtors have negotiated with Lender an agreed form of order for use of cash collateral in these Chapter 11 cases. By email dated September 6, 2016 from Richard L. Smith - Managing Director & Associate General Counsel of Lender, a copy of which is attached hereto as **Exhibit A**, Lender has consented to the Debtors' proposed Agreed Interim Order Authorizing Use of Cash Collateral and budget.

Dated this 8th day of September, 2016.

By: _____
Christopher M. Naro, CFO for the Debtors

STATE OF COLORADO     )
                       )ss.
COUNTY OF DENVER       )

Subscribed and sworn to before me this 8th day of September, 2016, by Christopher M. Naro, Chief Financial Officer of the Debtors.

Witness my hand and official seal.
My commission expires:



Notary Public

Brandon Blessing
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124041578
MY COMMISSION EXPIRES 09/19/2020

EXHIBIT A

| | |
|---|---|
| From: | Smith, Richard L. <Richard.L.Smith@chase.com> |
| Sent: | Tuesday, September 06, 2016 3:01 PM |
| To: | 'Chris Naro'; Theodore J. Hartl; Harrie F. Lewis; Harold G. Morris |
| Cc: | Feldman, Matthew T; Kotzen, Jennifer W |
| Subject: | Battalion Resources form of cash collateral order |
| Attachments: | DOCS-#5521491-v2-Battalion_Cash_Collateral_Order_JPM_Comments_and_Redlin....doc |

Dear All,

This confirms that the attached form of cash collateral order is acceptable to JPMorgan Chase Bank, N.A., as agent and secured lender, subject to revising the outstanding loan balance to reflect the amount due as of August 31, 2016, as agreed by Chris Naro and Matt Feldman.

Thanks and regards,

Dick Smith

Richard L. Smith - Managing Director & Associate General Counsel | J.P.Morgan | Corporate and Investment Bank | Tel: 585.797.1975 | richard.l.smith@chase.com

This transmission may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates (collectively, "JPMC"), as applicable, for any loss or damage arising in any way from its use. Please note that any electronic communication that is conducted within or through JPMC's system is subject to interception, monitoring, review, retention and external production; may be stored or otherwise processed in countries other than the country in which you are located; and will be treated in accordance with JPMC's policies and applicable laws and regulations.