**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BATTALION RESOURCES, LLC | ) | Case No. 16-18917 TBM |
| EIN: 27-4944324, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY (USA) OPERATING | ) | |
| CORPORATION | ) | Case No. 16-18920 TBM |
| EIN: 20-2561097, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY (POWDER RIVER), LLC | ) | Case No. 16-18922 TBM |
| EIN: 20-2561157, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY ACQUISITIONS, LLC | ) | Case No. 16-18925 TBM |
| EIN: 45-3126793, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | **Jointly Administered as** |
| | ) | **Case No.** |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH
COLLATERAL**

**OBJECTION DEADLINE: SEPTEMBER 26, 2016**

1

**YOU ARE HEREBY NOTIFIED** that Battalion Resources, LLC, Storm Cat Energy (USA) Operating Corp., Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC (the "Debtors") have filed a Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral (the "Motion"). Through the Motion, the Debtors seek an interim order and a final agreed order pursuant to 11 U.S.C. §§ 362(c)(2) and (e) and Fed. R. Bankr. P. 4001, authorizing the Debtors to use cash that is the collateral of the Debtors' prepetition secured lender, JP Morgan Chase Bank, N.A. A copy of the Motion is also available for inspection in the Bankruptcy Court Clerk's Office or upon request to the undersigned attorneys.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the Motion without any further notice to creditors or interested parties.

Dated: September 12, 2016.

**LINDQUIST & VENNUM LLP**

By: /s/Theodore J. Hartl
   Theodore J. Hartl, #32409
   Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

*Proposed Counsel for Battalion Resources, LLC, Storm Cat Energy (USA) Operating Corp., Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC*